B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Botts, Frederick C. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Botts, Ronda L.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Ronda Lou Devine; FKA Ronda Lou Turro** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5079** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9415** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2456 Birch Ave.**<br>**Whiting, IN**<br>ZIP Code **46394** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2456 Birch Ave.**<br>**Whiting, IN**<br>ZIP Code **46394** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Botts, Frederick C. Jr.**<br>**Botts, Ronda L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **N.D. of Indiana / Hammond Division** | Case Number:<br>**12-23535-kl** | Date Filed:<br>**9/09/12** |
| Location<br>Where Filed:  **N.D. of Indiana / Hammond Division** | Case Number:<br>**09-24488-jpk   (Ch. 7)** | Date Filed:<br>**10/15/09** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ Seth R. Buitendorp**<br>    Signature of Attorney for Debtor(s)          (Date)<br>    **Seth R. Buitendorp 23304-64** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
                (Name of landlord that obtained judgment)

_____
                (Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                     Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Botts, Frederick C. Jr.** |
| | **Botts, Ronda L.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frederick C. Botts, Jr.**
Signature of Debtor  **Frederick C. Botts, Jr.**

X **/s/ Ronda L. Botts**
Signature of Joint Debtor **Ronda L. Botts**

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Seth R. Buitendorp**
Signature of Attorney for Debtor(s)

**Seth R. Buitendorp 23304-64**
Printed Name of Attorney for Debtor(s)

**ATTORNEY AT LAW**
Firm Name

**1000 E. 80th Place**
**Suite 555 North Tower**
**Merrillville, IN 46410**

_____
Address

**Email: seth@sethbuitendorp.com**
**219-755-0400  Fax: 219-755-0410**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Frederick C. Botts, Jr.**
        **Ronda L. Botts**                           Case No. _____
                         Debtor(s)        Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

      Signature of Debtor:   **/s/ Frederick C. Botts, Jr.**
                                  **Frederick C. Botts, Jr.**

      Date:

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Indiana

In re   **Frederick C. Botts, Jr.**
          **Ronda L. Botts**

                           Debtor(s)

Case No. _____

Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Ronda L. Botts**
                                    **Ronda L. Botts**

Date:

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Indiana

In re     **Frederick C. Botts, Jr.,**
        **Ronda L. Botts**

Case No. _____

_____ ,
                         Debtors

Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 130,000.00 | | |
| B - Personal Property | Yes | 3 | 13,084.65 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 137,259.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,935.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 254,907.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,946.45 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,596.45 |
| Total Number of Sheets of ALL Schedules | | 52 | | | |
| Total Assets | | | 143,084.65 | | |
| Total Liabilities | | | | 394,101.83 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Frederick C. Botts, Jr.,**
      **Ronda L. Botts**

Case No. _____

_____,
                          Debtors

Chapter _____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 1,935.06 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 1,935.06 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 2,946.45 |
| Average Expenses (from Schedule J, Line 22) | 1,596.45 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,987.69 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,900.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 1,935.06 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 254,907.77 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 257,807.77 |

B6A (Official Form 6A) (12/07)

.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**

Case No. _____

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence | Fee Simple | H | 130,000.00 | 125,859.00 |

| | | |
|---|---|---|
| Sub-Total > | 130,000.00 | (Total of this page) |
| Total > | 130,000.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**
                                      ,
                     Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank checking account. | J | 300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Refrigerator; stove; washer; dryer; microwave; bed; dresser; sectional couch; entertainment center; televsion; stereo; dining room table; small kitchen appliances; yard tools. | J | 3,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing. | J | 400.00 |
| 7.  Furs and jewelry. | | Wedding bands; necklace; ring; costume jewelry. | J | 600.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | State farm life insurance policy. | J | 284.65 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >  | **4,584.65** |
|---|---|---|
|  | (Total of this page) |  |

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Frederick C. Botts, Jr.,**                  Case No. _____

        **Ronda L. Botts**

                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) retirement account.** | **H** | **Unknown** |
| | | **PERF through State of Indiana.** | **W** | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**  Case No. _____
**Ronda L. Botts**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Escape** | J | 8,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 8,500.00 |
| Total > | 13,084.65 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Frederick C. Botts, Jr.,**                                     Case No. _____
         **Ronda L. Botts**
_____ ,
                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residence** | **Ind. Code § 34-55-10-2(c)(1)** | **4,421.00** | **130,000.00** |
| **Household Goods and Furnishings** | | | |
| **Refrigerator; stove; washer; dryer; microwave; bed; dresser; sectional couch; entertainment center; television; stereo; dining room table; small kitchen appliances; yard tools.** | **Ind. Code § 34-55-10-2(c)(2)** | **3,000.00** | **3,000.00** |
| **Wearing Apparel** | | | |
| **Clothing.** | **Ind. Code § 34-55-10-2(c)(2)** | **400.00** | **400.00** |
| **Furs and Jewelry** | | | |
| **Wedding bands; necklace; ring; costume jewelry.** | **Ind. Code § 34-55-10-2(c)(2)** | **600.00** | **600.00** |
| **Interests in Insurance Policies** | | | |
| **State farm life insurance policy.** | **Ind. Code § 34-55-10-2(c)(2)** | **284.65** | **284.65** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) retirement account.** | **Ind. Code § 34-55-10-2(c)(6)** | **ALL** | **Unknown** |
| **PERF through State of Indiana.** | **Ind. Code § 34-55-10-2(c)(6)** | **ALL** | **Unknown** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Ford Escape** | **Ind. Code § 34-55-10-2(c)(2)** | **521.02** | **8,500.00** |

|  | Total: | **9,226.67** | **142,784.65** |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Frederick C. Botts, Jr.,**                                               Case No. _____
       **Ronda L. Botts,**
_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxxxxxxxxxx1001**<br><br>**Capital One Auto Finance**<br>**3905 N Dallas Pkwy**<br>**Plano, TX 75093** | | H | | | **Opened 3/01/11 Last Active 8/31/12**<br><br>**2006 Ford Escape** | | | | | |
| | | | | | Value $              **8,500.00** | | | | **11,400.00** | **2,900.00** |
| Account No. **xxxxxx9874**<br><br>**City Ntl Bk/Ocwen Loan Service**<br>**Attn: Bankruptcy**<br>**P.O. Box 24738**<br>**West Palm Beach, FL 33416** | | H | | | **Opened 9/01/04 Last Active 7/09/12**<br><br>**First Mortgage**<br><br>**Residence** | | | | | |
| | | | | | Value $          **130,000.00** | | | | **125,579.00** | **0.00** |
| Account No.<br><br>**Indiana Department of Revenue**<br>**Bk Section, RM.# IGCN203**<br>**100 N. Senate Avenue**<br>**Indianapolis, IN 46204** | | | J | | **2011**<br><br>**Tax Lien / Warrant**<br><br>**Residence** | | | | | |
| | | | | | Value $          **130,000.00** | | | | **280.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**__0__** continuation sheets attached

| | Subtotal<br>(Total of this page) | **137,259.00** | **2,900.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **137,259.00** | **2,900.00** |

B6E (Official Form 6E) (4/13)

.

In re  **Frederick C. Botts, Jr.,**                                                      Case No. _____
       **Ronda L. Botts**
_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Frederick C. Botts, Jr.,**                                                          Case No. _____
       **Ronda L. Botts**
                                                          ,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | notice only | | | | | |
| **Indiana Department of Revenue** **Bk Section, RM.# IGCN203** **100 N. Senate Avenue** **Indianapolis, IN 46204** | | | J | | | | | | | 0.00 |
| | | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | notice only | | | | | |
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19104** | | | J | | | | | | | 0.00 |
| | | | | | | | | | 1,935.06 | 1,935.06 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to            Subtotal            | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   | 1,935.06 | 1,935.06 |

                                                          Total            | 0.00 |
                                            (Report on Summary of Schedules)  | 1,935.06 | 1,935.06 |

B6F (Official Form 6F) (12/07)

In re    **Frederick C. Botts, Jr.,**
         **Ronda L. Botts**

Case No. _____

_____
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx7485** **Advance America** **6419 Columbia Ave.** **Hammond, IN 46320** | | H | | | 8/31/12 LOAN | | | | 622.00 |
| Account No. **Alverno Clinical Laboratories** **38747 Eagle Way** **Chicago, IL 60678** | | J | | | 2011 Medical Bills | | | | 46.00 |
| Account No. **Alverno Clinical Laboratories** **38747 Eagle Way** **Chicago, IL 60678** | | J | | | 2008 Medical Bills | | | | 72.00 |
| Account No. **Alverno Clinical Laboratories** **38747 Eagle Way** **Chicago, IL 60678** | | W | | | 2009 Medical Bills | | | | 556.00 |
| _37_ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 1,296.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frederick C. Botts, Jr.,**                                              Case No. _____
         **Ronda L. Botts**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Alverno Clinical Laboratories**<br>**38747 Eagle Way**<br>**Chicago, IL 60678** | | W | | **2012**<br>**Medical Bills** | | | | 447.34 |
| Account No. **xxxxxx7426**<br><br>**American Financial**<br>**10333 N. Meridian Street, Ste 270**<br>**Indianapolis, IN 46290-1144** | | W | | **2013**<br>**Collection** | | | | 110.47 |
| Account No. **xxxxxxxxxxxx9795**<br><br>**American Financial Cre**<br>**10333 N Meridian St. Suite 70**<br>**Indianapolis, IN 46290** | | W | | **Opened 11/01/11**<br>**CollectionAttorney St Margaret Mercy Med Assoc.** | | | | 99.00 |
| Account No. **xxx6133**<br><br>**Apria Healthcare**<br>**2150 Trabajo Drive, Suite A**<br>**Oxnard, CA 93030** | | W | | **2011**<br>**Medical Bills** | | | | 3.36 |
| Account No. **xxxxxxG734**<br><br>**Apria Healthcare**<br>**1328 S. Highland Avenue**<br>**Chicago, IL 60680** | | W | | **2011**<br>**Medical Bills** | | | | 82.80 |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

742.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**
       **Ronda L. Botts**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Representing: Apria Healthcare | | | | Notice Only |
| **State Collection Service P.O Box 6250 Madison, WI 53716** | | | | | | | | |
| Account No. **xxxxxxK155** | | W | | 2009 Medical Bills | | | | |
| **Apria Healthcare P.O Box 802017 Chicago, IL 60680** | | | | | | | | 163.04 |
| Account No. **xxxx9841** | | J | | 2012 Collection | | | | |
| **Audit Systems Inc. 3696 Ulmerton Road Suite 220 Clearwater, FL 33762** | | | | | | | | 450.00 |
| Account No. | | W | | 2009 Medical Bills | | | | |
| **Balanoff & Balanoff 2600 W. Lincoln Highway Merrillville, IN 46410** | | | | | | | | 266.44 |
| Account No. **xxxxxxxxxxx9580** | | H | | Opened 6/01/12 Last Active 8/16/12 CreditCard | | | | |
| **Cap One Po Box 5253 Carol Stream, IL 60197** | | | | | | | | 241.00 |

Sheet no. __2__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,120.48

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
     **Ronda L. Botts**

Case No. _____

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9105**<br><br>**Capital One Auto Finance**<br>**3905 Dallas Parkway**<br>**Dallas, TX 75093** | | J | 2012 | | | | 196.99 |
| Account No. **x0277**<br><br>**Cardiospecialists Group**<br>**2850 West 95th Street Suite 305**<br>**Evergreen Park, IL 60805** | | W | 2012<br>Medical Bills | | | | 24.06 |
| Account No. **xxxxx34-18**<br><br>**CB Accounts INC**<br>**P.O 5435**<br>**Dept. 0102**<br>**Carol Stream, IL 60197** | | W | 2009<br>Collection | | | | 1,516.34 |
| Account No. **xxxx8498**<br><br>**CBE Group, Inc**<br>**Payment Processing Center**<br>**P.O Box 2038**<br>**Waterloo, IA 50704** | | H | 2009<br>Collection | | | | 227.33 |
| Account No. **4214**<br><br>**Center for Orthotics & Prosthetics**<br>**9615 Keilman Street, Suite 200**<br>**Saint John, IN 46373** | | J | 2013<br>Medical Bills | | | | 120.00 |

Sheet no. __3__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,084.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**　　　　　　　　　　　Case No. _____
　　　 **Ronda L. Botts**
_____ ,
　　　　　　　　　　　　　　 Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxxxxxxx0921 | | | | Opened 9/01/07 Last Active 8/31/12 Educational | | | | |
| Chela/Sallie Mae Attn: Claims Department Po Box 9500 Wilkes-Barre, PA 18773 | | H | | | | | | 23,117.00 |
| Account No. 904 | | | | 2006 Medical Bills | | | | |
| Chest Specialists 9201 Calumet Ave. Munster, IN 46321 | | W | | | | | | 150.00 |
| Account No. x1827 | | | | 2013 Medical Bills | | | | |
| Chicago Heart & Vascular 75 Remittance Drive #6193 Chicago, IL 60675 | | W | | | | | | 197.98 |
| Account No. xx-xx2910 | | | | 2013 | | | | |
| City of Hammond P.O Box 174 Bedford Park, IL 60499 | | J | | | | | | 40.00 |
| Account No. 1001 | | | | 2013 Medical Bills | | | | |
| Clinical Psychology Associates P.O. Box 10126 Merrillville, IN 46410 | | W | | | | | | Unknown |

Sheet no. __4___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　Subtotal　　23,504.98
　　　　　　　　　　　　　　(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
     **Ronda L. Botts**
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx5299**<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | | | Opened 10/01/03 Last Active 8/20/12<br>Educational | | | | 9,823.00 |
| Account No. **xxxx5499**<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | | | Opened 9/01/05 Last Active 8/20/12<br>Educational | | | | 6,451.00 |
| Account No. **xxxx5099**<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | | | Opened 10/01/04 Last Active 8/20/12<br>Educational | | | | 5,697.00 |
| Account No. **xxxx5599**<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | | | Opened 9/01/06 Last Active 8/20/12<br>Educational | | | | 5,694.00 |
| Account No. **xxxx5399**<br><br>Colorado Student Loa/College Assist<br>1560 Broadway<br>Ste. 1700<br>Denver, CO 80202 | | H | | | Opened 10/01/04 Last Active 8/20/12<br>Educational | | | | 3,330.00 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,995.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**
_____ ,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5199**<br><br>**Colorado Student Loa/College Assist**<br>**1560 Broadway**<br>**Ste. 1700**<br>**Denver, CO 80202** | | H | Opened 9/01/05 Last Active 8/20/12<br>Educational | | | | 3,077.00 |
| Account No. **xxxx4999**<br><br>**Colorado Student Loa/College Assist**<br>**1560 Broadway**<br>**Ste. 1700**<br>**Denver, CO 80202** | | H | Opened 10/01/03 Last Active 8/20/12<br>Educational | | | | 1,350.00 |
| Account No. **xx1739**<br><br>**Community Care Network**<br>**P.O Box 1297**<br>**Bedford Park, IL 60499** | | W | 2013<br>Collection | | | | 14.52 |
| Account No. **xxxxxx5951**<br><br>**Community Healthcare System**<br>**P.O. Box 3604**<br>**Munster, IN 46321** | | J | 2013<br>Medical bills | | | | 14.52 |
| Account No.<br><br>**Komyatte & Assoc.**<br>**9650 Gordon Drive**<br>**Highland, IN 46322** | | | Representing:<br>**Community Healthcare System** | | | | **Notice Only** |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,456.04

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8494**  <br><br>**Complete Payment Recovery Service**<br>**11601 Roosevelt Blvd**<br>**Saint Petersburg, FL 33716** | | J | 2014 | | | | 220.00 |
| Account No. **xxxx9463**  <br><br>**Complete Payment Recovery Service**<br>**11601 Roosevelt Blvd**<br>**Saint Petersburg, FL 33716** | | J | | | | | 120.00 |
| Account No. **xxxx0241**  <br><br>**Complete Payment Recovery Service**<br>**11601 Roosevelt Blvd**<br>**Saint Petersburg, FL 33716** | | J | 2014 | | | | 520.00 |
| Account No. **x5664**  <br><br>**Consultants in Cardiology**<br>**P.O Box 66973 Slot 30251**<br>**Chicago, IL 60666** | | W | 2009<br>Medical Bills | | | | 160.00 |
| Account No. **xxxxxxxxxxx2464**  <br><br>**Creditors Interchange**<br>**P.O. Box 2270**<br>**Buffalo, NY 14240** | | H | 2008<br>Collection | | | | 781.39 |

Sheet no. __**7**___ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,801.39

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx9924**<br><br>**Dept Of Education/neln**<br>**P O Box 173904**<br>**Denver, CO 80217** | | W | Opened 10/01/97  Last Active  2/03/12<br>Educational | | | | 8,766.00 |
| Account No. **xxxxxxxxxx0224**<br><br>**Dept Of Education/neln**<br>**P O Box 173904**<br>**Denver, CO 80217** | | W | Opened  9/01/98  Last Active  2/03/12<br>Educational | | | | 8,760.00 |
| Account No. **xxxxxxxxxx0324**<br><br>**Dept Of Education/neln**<br>**P O Box 173904**<br>**Denver, CO 80217** | | W | Opened  9/01/98  Last Active  2/03/12<br>Educational | | | | 7,963.00 |
| Account No. **xxxxxxxxxx0524**<br><br>**Dept Of Education/neln**<br>**P O Box 173904**<br>**Denver, CO 80217** | | W | Opened  9/01/99  Last Active  2/03/12<br>Educational | | | | 7,963.00 |
| Account No. **xxxxxxxxxx0024**<br><br>**Dept Of Education/neln**<br>**P O Box 173904**<br>**Denver, CO 80217** | | W | Opened  5/01/98  Last Active  2/03/12<br>Educational | | | | 6,375.00 |

Sheet no. __8___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,827.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**
      **Ronda L. Botts**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx9824**<br><br>Dept Of Education/neln<br>P O Box 173904<br>Denver, CO 80217 | | W | Opened 9/01/96 Last Active 2/03/12<br>Educational | | | | 5,578.00 |
| Account No. **xxxxxxxxxx9724**<br><br>Dept Of Education/neln<br>P O Box 173904<br>Denver, CO 80217 | | W | Opened 10/01/95 Last Active 2/03/12<br>Educational | | | | 5,578.00 |
| Account No. **xxxxxxxxxx9424**<br><br>Dept Of Education/neln<br>P O Box 173904<br>Denver, CO 80217 | | W | Opened 2/01/95 Last Active 2/03/12<br>Educational | | | | 3,785.00 |
| Account No. **xxxxxxxxxx9524**<br><br>Dept Of Education/neln<br>P O Box 173904<br>Denver, CO 80217 | | W | Opened 2/01/94 Last Active 2/03/12<br>Educational | | | | 3,387.00 |
| Account No. **xxxxxxxxxx0624**<br><br>Dept Of Education/neln<br>P O Box 173904<br>Denver, CO 80217 | | W | Opened 9/01/01 Last Active 2/03/12<br>Educational | | | | 3,192.00 |

Sheet no. __9___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,520.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**                                   Case No. _____
       **Ronda L. Botts**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0424** <br><br> **Dept Of Education/neln** <br> **P O Box 173904** <br> **Denver, CO 80217** | | W | **Opened  9/01/99  Last Active  2/03/12** <br> **Educational** | | | | **1,592.00** |
| Account No. **xxxxxxxxxx0124** <br><br> **Dept Of Education/neln** <br> **P O Box 173904** <br> **Denver, CO 80217** | | W | **Opened  5/01/98  Last Active  2/03/12** <br> **Educational** | | | | **1,275.00** |
| Account No. **xxxxxxxxxx9624** <br><br> **Dept Of Education/neln** <br> **P O Box 173904** <br> **Denver, CO 80217** | | W | **Opened  10/01/94  Last Active  2/03/12** <br> **Educational** | | | | **911.00** |
| Account No. **xxxxxxxxxx9324** <br><br> **Dept Of Education/neln** <br> **P O Box 173904** <br> **Denver, CO 80217** | | W | **Opened  2/01/94  Last Active  2/03/12** <br> **Educational** | | | | **324.00** |
| Account No. **xxxxxx0016** <br><br> **Francisan Alliance, Inc.** <br> **35292 Eagle Way** <br> **Chicago, IL 60678** | | W | **2011** <br> **Medical Bills** | | | | **1,132.00** |

Sheet no. \_**10**\_ of \_**37**\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)       **5,234.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
**Ronda L. Botts**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7671**<br><br>Franciscan Alliance, Inc.<br>37621 Eagle Way<br>Chicago, IL 60678 | | W | 2011<br>Medical Bills | | | | 44.31 |
| Account No. **xxxxx5515**<br><br>Franciscan Alliance, Inc.<br>26084 Network Place<br>Chicago, IL 60673 | | W | 2013<br>Medical Bills | | | | 1,184.00 |
| Account No. **xxxxx8245**<br><br>Franciscan Alliance, Inc.<br>26084 Network Place<br>Chicago, IL 60673 | | J | 2013<br>Medical Bills | | | | 46.04 |
| Account No. **xxxxx1509**<br><br>Franciscan Alliance, Inc.<br>26084 Network Place<br>Chicago, IL 60673 | | J | 2013<br>Medical Bills | | | | 121.28 |
| Account No. **xxx0799**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2012<br>Medical Bills | | | | 13.37 |

Sheet no. _**11**_ of _**37**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,409.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**               Case No. _____
      **Ronda L. Botts**

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0113**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical Bills** | | | | 41.12 |
| Account No. **xxx0835**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical Bills** | | | | 19.80 |
| Account No. **xxx0564**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical Bills** | | | | 11.32 |
| Account No. **xxx0242**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical Bills** | | | | 127.28 |
| Account No. **xxx0172**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical Bills** | | | | 40.00 |

Sheet no. __**12**__ of __**37**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **239.52**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**
       **Ronda L. Botts**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx0776** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 59.89 |
| Account No. **xxx1106** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 45.67 |
| Account No. **xxx1024** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 19.80 |
| Account No. **xxx1094** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 36.78 |
| Account No. **xxx0964** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 175.00 |

Sheet no. __13__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      337.14

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**         Case No. _____
**Ronda L. Botts**
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0634** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 22.95 |
| Account No. **xxx0883** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 19.80 |
| Account No. **xxx0645** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 18.59 |
| Account No. **xxx0764** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2012** <br> **Medical Bills** | | | | 7.55 |
| Account No. **xxx0325** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | | **2011** <br> **Medical Bills** | | | | 19.77 |

Sheet no. __14__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          88.66

B6F (Official Form 6F) (12/07) - Cont.

In re   **Frederick C. Botts, Jr.,**
        **Ronda L. Botts**
_____,
                        Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0917** <br><br> Franciscan Hammond Clinic <br> P.O Box 660389 <br> Indianapolis, IN 46266 | | H | **2012** <br> **Medical Bills** | | | | 49.60 |
| Account No. **xxx0847** <br><br> Franciscan Hammond Clinic <br> P.O Box 660389 <br> Indianapolis, IN 46266 | | H | **2012** <br> **Medical Bills** | | | | 30.45 |
| Account No. **xxx0656** <br><br> Franciscan Hammond Clinic <br> P.O Box 660389 <br> Indianapolis, IN 46266 | | H | **2012** <br> **Medical Bills** | | | | 13.37 |
| Account No. **xxx0089** <br><br> Franciscan Hammond Clinic <br> P.O Box 660389 <br> Indianapolis, IN 46266 | | H | **2011** <br> **Medical Bills** | | | | 26.62 |
| Account No. **xxx0124** <br><br> Franciscan Hammond Clinic <br> P.O Box 660389 <br> Indianapolis, IN 46266 | | H | **2011** <br> **Medical Bills** | | | | 19.77 |

Sheet no. __**15**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

139.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
      **Ronda L. Botts**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1082** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | **2012** <br> **Medical Bills** | | | | 255.33 |
| Account No. **xxx0552** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | **2011** <br> **Medical Bills** | | | | 23.36 |
| Account No. **xxx1012** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | **2012** <br> **Medical Bills** | | | | 175.00 |
| Account No. **xxx0787** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | H | **2012** <br> **Medical Bills** | | | | 22.94 |
| Account No. **xxx0313** <br><br> **Franciscan Hammond Clinic** <br> **P.O Box 660389** <br> **Indianapolis, IN 46266** | | J | **2011** <br> **Medical Bills** | | | | 44.81 |

Sheet no. **16** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

521.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frederick C. Botts, Jr.,**
         **Ronda L. Botts**
_____,    Case No. _____
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0540**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2011**<br>**Medical bills** | | | | 13.32 |
| Account No. **xxx0409**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2011**<br>**Medical Bills** | | | | 37.56 |
| Account No. **xxx0952**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical bills** | | | | 17.50 |
| Account No. **xxx0752**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical Bills** | | | | 11.36 |
| Account No. **xxx0277**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2011**<br>**Medical Bills** | | | | 13.69 |

Sheet no. __17__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

93.43

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**  
    **Ronda L. Botts**  
_____,  
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0929**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2012<br>Medical Bills | | | | 14.88 |
| Account No. **xxx0254**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2011<br>Medical Bills | | | | 31.14 |
| Account No. **xxx0988**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2012<br>Medical Bills | | | | 31.25 |
| Account No. **xxx1199**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2012<br>Medical Bills | | | | 145.00 |
| Account No. **xxx1129**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2012<br>Medical Bills | | | | 26.88 |

Sheet no. __18__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      249.15

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**                                 Case No. _____
         **Ronda L. Botts**

_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx1151**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | | 2012<br>Medical Bills | | | | 11.36 |
| Account No. **xxx1140**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | | 2012<br>Medical Bills | | | | 19.80 |
| Account No. **xxx0976**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | | 2012<br>Medical Bills | | | | 19.80 |
| Account No. **xxx0906**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | | 2012<br>Medical Bills | | | | 16.67 |
| Account No. **xxx0811**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | | 2012<br>Medical Bills | | | | 23.50 |

Sheet no. __**19**__ of __**37**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     
(Total of this page)         **91.13**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**
    _____,
                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0894**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2012<br>Medical Bills | | | | 22.50 |
| Account No. **xxx0385**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2011<br>Medical Bills | | | | 26.62 |
| Account No. **xxx0704**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2012<br>Medical Bills | | | | 10.13 |
| Account No. **xxx0492**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2011<br>Medical Bills | | | | 19.77 |
| Account No. **xxx0101**<br><br>Franciscan Hammond Clinic<br>P.O Box 660389<br>Indianapolis, IN 46266 | | H | 2011<br>Medical Bills | | | | 47.04 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

126.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Frederick C. Botts, Jr.,**
      **Ronda L. Botts**
_____,
               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0716**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2012**<br>**Medical Bills** | | | | 13.37 |
| Account No. **xxx0433**<br><br>**Franciscan Hammond Clinic**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | H | **2011**<br>**Medical Bills** | | | | 25.00 |
| Account No. **xxxx8759**<br><br>**Franciscan Hammond Clinic, LLC**<br>**P.O Box 660389**<br>**Indianapolis, IN 46266** | | J | **2014**<br>**Medical Bills** | | | | 619.62 |
| Account No. **xxxx3800**<br><br>**Franciscan Medical Specialist**<br>**P.O Box 660052**<br>**Indianapolis, IN 46266** | | W | **2013** | | | | 190.00 |
| Account No.<br><br>**Franciscan Physicians Hosp-Pat Pmts**<br>**26084 Network Place**<br>**Chicago, IL 60673** | | W | **9/2012**<br>**medical bills** | | | | 1,156.00 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,003.99

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
　　　 **Ronda L. Botts**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6569** <br><br> **Franciscan Physicians Hosp-Pat Pmts** <br> **26084 Network Place** <br> **Chicago, IL 60673** | | H | **2012** <br> **Medical Bills** | | | | **92.38** |
| Account No. **xxxx4844** <br><br> **Franciscan Physicians Hosp-Pat Pmts** <br> **26084 Network Place** <br> **Chicago, IL 60673** | | W | **2012** <br> **Medical Bills** | | | | **558.37** |
| Account No. **xxxx6956** <br><br> **Franciscan Physicians Hosp-Pat Pmts** <br> **26084 Network Place** <br> **Chicago, IL 60673** | | W | **2012** <br> **Medical Bills** | | | | **1,156.00** |
| Account No. **xxxxxxxxxxx0448** <br><br> **Gemb/care Credit** <br> **Attn: bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | H | **Opened 5/01/11 Last Active 8/07/12** <br> **ChargeAccount** | | | | **1,662.00** |
| Account No. **xxxxx1952** <br><br> **Hammond Clinic, LLC** <br> **7905 Calumet Ave.** <br> **Munster, IN 46321** | | W | **P06911952** <br> **Medical Bills** | | | | **25.00** |

Sheet no. __22__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,493.75**

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**
_____ ,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x6930** <br><br> **IDS** <br> **9201 Calumet Ave.** <br> **Munster, IN 46321** | | W | 2013 <br> **Medical Bills** | | | | 30.00 |
| Account No. **xxxxO001** <br><br> **Illiana Nephrology Associates** <br> **P.O Box 583** <br> **Hammond, IN 46325-0583** | | J | 2014 | | | | 97.91 |
| Account No. **xxx0849** <br><br> **Imagine Assoc of Indiana, P.C.** <br> **55 E. 86th Ave., Suite A** <br> **P.O. Box 14369** <br> **Merrillville, IN 46411** | | J | 2013 | | | | 9.47 |
| Account No. <br><br> **CCSI** <br> **P.O. Box 10428** <br> **Merrillville, IN 46411** | | | Representing: <br> **Imagine Assoc of Indiana, P.C.** | | | | Notice Only |
| Account No. **xxx3052** <br><br> **Imaging Assoc of Indiana PC** <br> **55 E. 86th Ave., Suite A** <br> **P.O. Box 14369** <br> **Merrillville, IN 46411** | | W | 2013 <br> **Medical Bills** | | | | 6.90 |

Sheet no. __**23**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

144.28

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
     **Ronda L. Botts**
_____,
                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3234** <br><br> **iQuantified Management Services** <br> P.O Box 370130 <br> Denver, CO 80237 | | W | **2013** <br> **Collection** | | | | 40.98 |
| Account No. **xxxxx5079** <br><br> **IRS** <br> **Department of the Treasury** <br> **Internal Revene Service** <br> Cincinnati, OH 45999 | | J | **2012** <br> **Internet Services** | | | | 1,485.40 |
| Account No. **xxx7381** <br><br> **Komyattassoc** <br> **Attention: Bankruptcy** <br> **9650 Gordon Dr.** <br> **Highland, IN 46322** | | H | **Med1 02 Pathology Consultants Inc** | | | | 580.00 |
| Account No. **xxx3835** <br><br> **Komyattassoc** <br> **Attention: Bankruptcy** <br> **9650 Gordon Dr.** <br> **Highland, IN 46322** | | W | **Med1 02 Medical Specialists Pc** | | | | 457.00 |
| Account No. **xxx3822** <br><br> **Komyattassoc** <br> **Attention: Bankruptcy** <br> **9650 Gordon Dr.** <br> **Highland, IN 46322** | | W | **Med1 02 Hammond Clinic** | | | | 455.00 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,018.38

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
     **Ronda L. Botts**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2309**<br><br>Komyatte & Assoc.<br>9650 Gordon Drive<br>Highland, IN 46322 | | J | 2013<br>Collection | | | | 105.69 |
| Account No. **xxx2429**<br><br>Komyatte & Assoc.<br>9650 Gordon Drive<br>Highland, IN 46322 | | W | 2013<br>Collection | | | | 1,862.89 |
| Account No. **xxx2713**<br><br>Komyatte & Assoc.<br>9650 Gordon Drive<br>Highland, IN 46322 | | J | 2013<br>Collection | | | | 13.80 |
| Account No.<br><br>CHS Care Network<br>9660 Wicker Ave.<br>Saint John, IN 46373 | | | Representing:<br>Komyatte & Assoc. | | | | Notice Only |
| Account No. **xxx3899**<br><br>Komyatte & Casbon<br>9650 Gordon Drive<br>Highland, IN 46322 | | J | 2008<br>Collection | | | | 11.95 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,994.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**
       **Ronda L. Botts**                                                      Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3349** <br><br> Komyatte & Casbon <br> 9650 Gordon Drive <br> Highland, IN 46322 | | W | 2009 <br> Collection | | | | 5,934.62 |
| Account No. **xxx5144** <br><br> Komyatte & Casbon <br> 9650 Gordon Drive <br> Highland, IN 46322 | | W | 2008 <br> Collection | | | | 17.10 |
| Account No. **xxx5824** <br><br> Komyatte & Casbon <br> 9650 Gordon Drive <br> Highland, IN 46322 | | W | 2008 <br> Collection | | | | 383.44 |
| Account No. **xxx3822** <br><br> Komyatte & Casbon <br> 9650 Gordon Drive <br> Highland, IN 46322 | | W | 2011 <br> Collection | | | | 459.41 |
| Account No. **xxxx6200** <br><br> Laboratory Corporation of America <br> P.O. Box 2240 <br> Burlington, NC 27216 | | W | 2009 <br> Medical Bills | | | | 18.00 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,812.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
       **Ronda L. Botts**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6202** <br><br> **Lake Imaging LLC** <br> **55 East 86th Ave. Suite A** <br> **P.O. Box 10645** <br> **Merrillvile, IN 46411** | | W | **2011** <br> **Medical Bills** | | | | 4.39 |
| Account No. **xxx1290** <br><br> **Lake Imaging LLC** <br> **55 East 86th Ave. Suite A** <br> **P.O. Box 10645** <br> **Merrillvile, IN 46411** | | W | **2010** <br> **Medical Bills** | | | | 11.25 |
| Account No. **xxx5282** <br><br> **Lake Imaging LLC** <br> **55 East 86th Ave. Suite A** <br> **P.O. Box 10645** <br> **Merrillvile, IN 46411** | | W | **2008** <br> **Medical Bills** | | | | 37.00 |
| Account No. **xxx4693** <br><br> **Lake Imaging LLC** <br> **55 East 86th Ave. Suite A** <br> **P.O. Box 10645** <br> **Merrillvile, IN 46411** | | W | **2009** <br> **Medical Bills** | | | | 32.00 |
| Account No. **xxxx1469** <br><br> **Law Offices of Bennett & DeLoney** <br> **1265 E. Fort Union Blvd Suite 150** <br> **Midvale, UT 84047** | | W | **2008** <br> **collection** | | | | 145.00 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

229.64

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**
,
_____
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1465**<br><br>**Law Offices of Bennett & DeLoney**<br>**1265 E. Fort Union Blvd Suite 150**<br>**Midvale, UT 84047** | | W | 2008<br>Collection | | | | 245.00 |
| Account No. **xxx-4122**<br><br>**LinCare INC**<br>**P.O Box 764**<br>**Sharon, PA 16146-0764** | | W | 2014<br>Magazine Subscription | | | | 28.35 |
| Account No. **xx6658**<br><br>**Mark Nootens MD PC**<br>**931 Fran Lin Parkway**<br>**Munster, IN 46321** | | W | 2013<br>Medical Bills | | | | 150.24 |
| Account No. **x7185**<br><br>**Mark Nootens MD PC**<br>**931 Fran Lin Parkway**<br>**Munster, IN 46321** | | W | 2013<br>Medical Bills | | | | 150.24 |
| Account No. **xxxxxx6156**<br><br>**MiraMed Revenue Group**<br>**Dept. 77304**<br>**P.O. Box 77000**<br>**Detroit, MI 48277** | | W | 2011<br>Medical Bills | | | | 14.18 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

588.01

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**           Case No. _____
       **Ronda L. Botts**
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7804**<br><br>MiraMed Revenue Group<br>Dept. 77304<br>P.O. Box 77000<br>Detroit, MI 48277 | | J | 2011<br>**Medical Bills** | | | | 70.90 |
| Account No. **xxxxxx8847**<br><br>MiraMed Revenue Group<br>Dept. 77304<br>P.O Box 77000<br>Detroit, MI 48277 | | W | 2010<br>**Medical Bills** | | | | 1,075.00 |
| Account No. **xxxxxx4777**<br><br>MiraMed Revenue Group<br>Dept. 77304<br>P.O. Box 77000<br>Detroit, MI 48277 | | J | 2011<br>**Medical Bills** | | | | 1,100.00 |
| Account No.<br><br>MiraMed Revenue Group<br>Dept. 77304<br>P.O. Box 77000<br>Detroit, MI 48277 | | W | 2011<br>**Collection** | | | | 1,443.68 |
| Account No. **xxxx5006**<br><br>MiraMed Revenue Group<br>Dept. 77304<br>P.O. Box 77000<br>Detroit, MI 48277 | | W | 2013<br>**Collection** | | | | 20.25 |

Sheet no. __29__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      3,709.83

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**     Case No. _____
**Ronda L. Botts**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx7403**<br><br>**Munster Radiology Group**<br>**P.O. Box 10907**<br>**Merrillville, IN 46410** | | J | | 2013<br>Medical Bills | | | | **Unknown** |
| Account No. **xxxxxxxxx-xxoup A**<br><br>**Nelnet**<br>**P.O. Box 82561**<br>**Lincoln, NE 68501** | | J | | 2012<br>Student Loan | | | | **10,125.75** |
| Account No. **xxxxxxxxx-xxoup B**<br><br>**Nelnet**<br>**P.O. Box 82561**<br>**Lincoln, NE 68501** | | J | | 2012<br>Student Loan | | | | **19,605.74** |
| Account No. **xxxxxxxxx-xxoup C**<br><br>**Nelnet**<br>**P.O. Box 82561**<br>**Lincoln, NE 68501** | | J | | 2012<br>Student Loan | | | | **5,694.03** |
| Account No. **xxxxxx5822**<br><br>**Nelnet, Inc.**<br>**P.O. Box 2970**<br>**Omaha, NE 68103** | | H | | 2012<br>Student Loan | | | | **674.16** |

Sheet no. __30__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**36,099.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**
          **Ronda L. Botts**
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3787** <br><br> **Nephrology Specialists PC** <br> **P.O Box 14178** <br> **Munster, IN 46321** | | W | 2011 <br> **Medical Bills** | | | | 433.36 |
| Account No. **xxxxxx0006** <br><br> **NIPSCO** <br> **P.O. Box 13013** <br> **Merrillvile, IN 46410** | | J | 2012 <br> **Utility Bills** | | | | 537.25 |
| Account No. **xx0690** <br><br> **Northern Indiana Region** <br> **35682 Eagleway** <br> **Chicago, IL 60678** | | W | 2011 <br> **Medical Bills** | | | | 142.49 |
| Account No. **x6130** <br><br> **Northwest Indiana Nephrology** <br> **9201 Calumet Avenue** <br> **Munster, IN 46321** | | J | 2013 <br> **Medical Bills** | | | | 40.00 |
| Account No. <br><br> **Pathology Consultants** <br> **P.O. Box 583** <br> **Michigan City, IN 46361-0583** | | J | **Medical Bills** | | | | Unknown |

Sheet no. __31__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,153.10

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
**Ronda L. Botts**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx2216**<br><br>**Pellettieri & Assoc.**<br>**Dept. 77304**<br>**P.O BOx 77000**<br>**Detroit, MI 48277** | | W | | 2008<br>Collection | | | | 1,302.35 |
| Account No. **xxxxx-xxxxx-xxxxx008C**<br><br>**PLS Loan Store**<br>**16909 Torrence Avenue**<br>**Lansing, IL 60438** | | H | | 2012<br>LOAN | | | | Unknown |
| Account No. **xx-xxxxx0034**<br><br>**PLS Loan Store**<br>**1402 E. Columbus Drive**<br>**East Chicago, IN 46312** | | W | | 9/8/2012<br>LOAN | | | | Unknown |
| Account No. **xxxxx xxxxx xxxx0001**<br><br>**PLS Loan Store**<br>**16909 Torrence Avenue**<br>**Lansing, IL 60438** | | W | | 8/6/2012<br>LOAN | | | | Unknown |
| Account No. **xxx7764**<br><br>**Rehabilitation Medicine Assoc. PC**<br>**777 Oakmont Lane, Ste 1600**<br>**Westmont, IL 60559** | | W | | 2013<br>Medical Bills | | | | 145.00 |

Sheet no. __32__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,447.35

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**  
     **Ronda L. Botts**  
                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5569**<br><br>**Revenue Cycle Solutions**<br>**P.O Box 7229**<br>**Westchester, IL 60154** | | W | 2008<br>Collection | | | | 713.67 |
| Account No. **xxxxxxxxxxxx8271**<br><br>**Sears/cbna**<br>**133200 Smith Rd**<br>**Cleveland, OH 44130** | | H | Opened  6/01/12  Last Active  8/17/12<br>ChargeAccount | | | | 3,868.00 |
| Account No. **xxxx5359**<br><br>**Sheriff of Lake County**<br>**2293 North Main Street**<br>**Crown Point, IN 46307** | | J | 2011 | | | | 304.04 |
| Account No. **xxxxxx9522**<br><br>**St Margaret Mercy**<br>**37621 Eagle Way**<br>**Chicago, IL 60678** | | W | 2010<br>Medical Bills | | | | 99.26 |
| Account No. **xxxxxx4924**<br><br>**St Margaret Mercy**<br>**37621 Eagle Way**<br>**Chicago, IL 60678** | | W | 2010<br>Medical Bills | | | | 127.62 |

Sheet no. __33__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      5,112.59

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**
_____,
                 Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2216** <br><br> **St Margaret Mercy** <br> **37621 Eagle Way** <br> **Chicago, IL 60678** | | W | **2008** <br> **Medical Bills** | | | | 1,302.35 |
| Account No. **xxxxxx9632** <br><br> **St Margaret Mercy** <br> **2434 Interstate Plaa Drive Suite2** <br> **Hammond, IN 46324** | | W | **2009** <br> **Medical Bills** | | | | 48,496.40 |
| Account No. **xxxxxx0536** <br><br> **St Margaret Mercy** <br> **2434 Interstate Plaa Drive Suite2** <br> **Hammond, IN 46324** | | W | **2007** <br> **Medical Bills** | | | | 52.51 |
| Account No. **xxx6634** <br><br> **St Margaret Mercy Healthcare** <br> **35682 Eagle Way** <br> **Chicago, IL 60678** | | W | **2009** <br> **Medical Bills** | | | | 1,091.00 |
| Account No. **xxxx4523** <br><br> **St. Catherine Hospital** <br> **Business Office** <br> **P.O. Box 3601** <br> **Munster, IN 46321** | | H | **2008** <br> **Medical Bills** | | | | 350.70 |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,292.96

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**                                        Case No. _____
        **Ronda L. Botts**

                                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9632**<br><br>**St. Marg Mercy**<br>**35491 Eagle Way**<br>**Chicago, IL 60678** | | W | **2009**<br>**Medical Bills** | | | | 448.00 |
| Account No. **xxxxxx5569**<br><br>**St. Marg Mercy**<br>**2434 Interstate Plaza Drive, Suite 2**<br>**Hammond, IN 46324** | | W | **2010**<br>**Medical Bills** | | | | 285.47 |
| Account No. **xxxxx0016**<br><br>**St. Marg Mercy**<br>**35491 Eagle Way**<br>**Chicago, IL 60678** | | J | **2011**<br>**Medical Bills** | | | | 32.77 |
| Account No. **xxxxx4777**<br><br>**St. Marg Mercy**<br>**35491 Eagle Way**<br>**Chicago, IL 60678** | | W | **2010**<br>**Medical bills** | | | | 34.09 |
| Account No. **xxxxx6750**<br><br>**St. Marg Mercy**<br>**35491 Eagle Way**<br>**Chicago, IL 60678** | | J | **2011**<br>**Medical Bills** | | | | 15.00 |

Sheet no. __35__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal<br>(Total of this page)      815.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Frederick C. Botts, Jr.,**
       **Ronda L. Botts**
_____,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx3001**<br><br>**St. Margaret Mercy**<br>**37621 Eagle Way**<br>**Chicago, IL 60678** | | W | | 2010<br>Medical Bills | | | | 99.26 |
| Account No. **xxxxxx1286**<br><br>**St. Margaret Mercy**<br>**37621 Eagle Way**<br>**Chicago, IL 60678** | | W | | 2010<br>Medical Bills | | | | 99.26 |
| Account No. **x0277**<br><br>**The Cardiology Group**<br>**2850 West 95th Street Suite 305**<br>**Evergreen Park, IL 60805** | | W | | 2013<br>Medical Bills | | | | 10.87 |
| Account No. **xxxxx0136**<br><br>**Trustmark Recovery Services**<br>**541 Otis Bowen Dr.**<br>**MUNSTER, IN 46321** | | W | | 2008<br>Collection | | | | 253.00 |
| Account No. **xxxxxxxxxx0001**<br><br>**Verizon Wireless**<br>**P.O Box 25505**<br>**Lehigh Valley, PA 18002** | | H | | 2012<br>Utility Bills | | | | 183.93 |

Sheet no. __36__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

646.32

B6F (Official Form 6F) (12/07) - Cont.

In re **Frederick C. Botts, Jr.,**
    **Ronda L. Botts**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1042** <br><br>**Vyto's Pharmacy** <br>**2914 Highway Avenue** <br>**Highland, IN 46322** | | W | 2009 <br> Medical Bills | | | | 154.96 |
| Account No. **xxxxxxxxxxxx2495** <br><br>**WOW Internet & Cable** <br>**P.O. Box 5715** <br>**Carol Stream, IL 60197** | | W | 2012 <br> Utility Bills | | | | 312.78 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    467.74

Total (Report on Summary of Schedules)    254,907.77

B6G (Official Form 6G) (12/07)

In re **Frederick C. Botts, Jr.,**
     **Ronda L. Botts**                                                           Case No. _____

_____
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Frederick C. Botts, Jr.,**                                   Case No. _____
       **Ronda L. Botts**

_____,
                                  Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Frederick C. Botts, Jr.** |
| Debtor 2 (Spouse, if filing) | **Ronda L. Botts** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD/ YYYY

## Official Form B 6I
# Schedule I: Your Income                                          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed ☐ Not employed | ☐ Employed ■ Not employed |
| Occupation | | **Employee** | **Disabled** |
| Employer's name | | **Crothall Laundry Services** | |
| Employer's address | | **(corp address) 955 Chesterbrook Blvd., Suite 300 Wayne, PA 19087** | |
| How long employed there? | | **20 months** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **3,377.70** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **3,377.70** | $ **0.00** |

Debtor 1   **Frederick C. Botts, Jr.**
Debtor 2   **Ronda L. Botts**                                                    Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ........................................................ | 4. | $   **3,377.70** | $   **0.00** |

5. **List all payroll deductions:**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $   **709.50** | $   **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $   **0.00** | $   **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $   **0.00** | $   **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $   **0.00** | $   **0.00** |
| 5e. | **Insurance** | 5e. | $   **238.64** | $   **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $   **0.00** | $   **0.00** |
| 5g. | **Union dues** | 5g. | $   **0.00** | $   **0.00** |
| 5h. | **Other deductions.** Specify:  __401(k)__ | 5h.+ | $   **135.11** + | $   **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $   **1,083.25** | $   **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $   **2,294.45** | $   **0.00** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   **0.00** | $   **0.00** |
| 8b. | **Interest and dividends** | 8b. | $   **0.00** | $   **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   **0.00** | $   **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $   **0.00** | $   **0.00** |
| 8e. | **Social Security** | 8e. | $   **0.00** | $   **0.00** |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify:  **Social Security** | 8f. | $   **0.00** | $   **652.00** |
| 8g. | **Pension or retirement income** | 8g. | $   **0.00** | $   **0.00** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $   **0.00** + | $   **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $   **0.00** | $   **652.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **2,294.45** + $ **652.00** = | $   **2,946.45** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____                                                        11. +$   **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                           12. $   **2,946.45**

                                                                                                   **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Frederick C. Botts, Jr.** |
| Debtor 2 (Spouse, if filing) | **Ronda L. Botts** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Your Household**

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

        ☑ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent...........

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | **26** | ☐ No   ☑ Yes |
   | **Son** | **29** | ☐ No   ☑ Yes |
   | | | ☐ No   ☐ Yes |
   | | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No   ☐ Yes

**Part 2:**    **Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Debtor 1    **Frederick C. Botts, Jr.**
Debtor 2    **Ronda L. Botts**                                                    Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 43.05 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. | Other. Specify: **cable / internet / phone** | 6d. | $ | 160.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 375.57 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 60.00 |
| 10. | **Personal care products and services** | | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 120.83 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | 271.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 40.00 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 226.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify: _____ | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: _____ | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: _____ | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | | $ | |
| | Specify: _____ | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: _____ | | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | | 22. | $ | 1,596.45 |
| | The result is your monthly expenses. | | | | |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 2,946.45 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 1,596.45 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | $ | 1,350.00 |

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Indiana

In re    **Frederick C. Botts, Jr.**
**Ronda L. Botts**                                     Case No.
_____             Chapter    **13**
                                    Debtor(s)         _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **54** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature    **/s/ Frederick C. Botts, Jr.**
                                                 **Frederick C. Botts, Jr.**
                                                 Debtor

Date _____        Signature    **/s/ Ronda L. Botts**
                                                 **Ronda L. Botts**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Indiana

In re **Frederick C. Botts, Jr.**
**Ronda L. Botts**

Debtor(s)

Case No. _____

Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,400.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 3,400.00 |

2.  $ **281.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

**/s/ Seth R. Buitendorp**
**Seth R. Buitendorp 23304-64**
**ATTORNEY AT LAW**
**1000 E. 80th Place**
**Suite 555 North Tower**
**Merrillville, IN 46410**
**219-755-0400  Fax: 219-755-0410**
**seth@sethbuitendorp.com**

---

Date _____

Signature **/s/ Frederick C. Botts, Jr.**
**Frederick C. Botts, Jr.**
Debtor

Date _____

Signature **/s/ Ronda L. Botts**
**Ronda L. Botts**
Joint Debtor

# United States Bankruptcy Court
## Northern District of Indiana

In re **Frederick C. Botts, Jr.**
**Ronda L. Botts**

Case No.

Chapter **13**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,400.00, plus additional fees pursuant to attorney fee agreement** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **3,400.00, plus additional fees pursuant to attorney fee agreement** |

2.  $ **281.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ☒ Debtor         ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ☒ Debtor         ☐ Other (specify):

5.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:

**Seth R. Buitendorp 23304-64**
**ATTORNEY AT LAW**
**8585 Broadway STE 480**
**Merrillville, IN 46410**
**219-755-0401   Fax: 219-755-0410**
**seth@sethbuitendorp.com**

---

Date _____     Signature _____
**Frederick C. Botts, Jr.**
Debtor

Date _____     Signature _____
**Ronda L. Botts**
Joint Debtor

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Frederick C. Botts, Jr.**
      **Ronda L. Botts**

                                           Debtor(s)

Case No.

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____

**/s/ Frederick C. Botts, Jr.**
**Frederick C. Botts, Jr.**
Signature of Debtor

Date: _____

**/s/ Ronda L. Botts**
**Ronda L. Botts**
Signature of Debtor

ADVANCE AMERICA
6419 COLUMBIA AVE.
HAMMOND, IN 46320


ALVERNO CLINICAL LABORATORIES
38747 EAGLE WAY
CHICAGO, IL 60678


AMERICAN FINANCIAL
10333 N. MERIDIAN STREET, STE 270
INDIANAPOLIS, IN 46290-1144


AMERICAN FINANCIAL CRE
10333 N MERIDIAN ST. SUITE 70
INDIANAPOLIS, IN 46290


APRIA HEALTHCARE
2150 TRABAJO DRIVE, SUITE A
OXNARD, CA 93030


APRIA HEALTHCARE
1328 S. HIGHLAND AVENUE
CHICAGO, IL 60680


APRIA HEALTHCARE
P.O BOX 802017
CHICAGO, IL 60680


AUDIT SYSTEMS INC.
3696 ULMERTON ROAD SUITE 220
CLEARWATER, FL 33762


BALANOFF & BALANOFF
2600 W. LINCOLN HIGHWAY
MERRILLVILLE, IN 46410

CAP ONE
PO BOX 5253
CAROL STREAM, IL 60197


CAPITAL ONE AUTO FINANCE
3905 N DALLAS PKWY
PLANO, TX 75093


CAPITAL ONE AUTO FINANCE
3905 DALLAS PARKWAY
DALLAS, TX 75093


CARDIOSPECIALISTS GROUP
2850 WEST 95TH STREET SUITE 305
EVERGREEN PARK, IL 60805


CB ACCOUNTS INC
P.O 5435
DEPT. 0102
CAROL STREAM, IL 60197


CBE GROUP, INC
PAYMENT PROCESSING CENTER
P.O BOX 2038
WATERLOO, IA 50704


CCSI
P.O. BOX 10428
MERRILLVILLE, IN 46411


CENTER FOR ORTHOTICS & PROSTHETICS
9615 KEILMAN STREET, SUITE 200
SAINT JOHN, IN 46373


CHELA/SALLIE MAE
ATTN: CLAIMS DEPARTMENT
PO BOX 9500
WILKES-BARRE, PA 18773

CHEST SPECIALISTS
9201 CALUMET AVE.
MUNSTER, IN 46321


CHICAGO HEART & VASCULAR
75 REMITTANCE DRIVE #6193
CHICAGO, IL 60675


CHS CARE NETWORK
9660 WICKER AVE.
SAINT JOHN, IN 46373


CITY NTL BK/OCWEN LOAN SERVICE
ATTN: BANKRUPTCY
P.O. BOX 24738
WEST PALM BEACH, FL 33416


CITY OF HAMMOND
P.O BOX 174
BEDFORD PARK, IL 60499


CLINICAL PSYCHOLOGY ASSOCIATES
P.O BOX 10126
MERRILLVILLE, IN 46410


COLORADO STUDENT LOA/COLLEGE ASSIST
1560 BROADWAY
STE. 1700
DENVER, CO 80202


COMMUNITY CARE NETWORK
P.O BOX 1297
BEDFORD PARK, IL 60499


COMMUNITY HEALTHCARE SYSTEM
P.O. BOX 3604
MUNSTER, IN 46321

COMPLETE PAYMENT RECOVERY SERVICE
11601 ROOSEVELT BLVD
SAINT PETERSBURG, FL 33716


CONSULTANTS IN CARDIOLOGY
P.O BOX 66973 SLOT 30251
CHICAGO, IL 60666


CREDITORS INTERCHANGE
P.O. BOX 2270
BUFFALO, NY 14240


DEPT OF EDUCATION/NELN
P O BOX 173904
DENVER, CO 80217


FRANCISAN ALLIANCE, INC.
35292 EAGLE WAY
CHICAGO, IL 60678


FRANCISCAN ALLIANCE, INC.
37621 EAGLE WAY
CHICAGO, IL 60678


FRANCISCAN ALLIANCE, INC.
26084 NETWORK PLACE
CHICAGO, IL 60673


FRANCISCAN HAMMOND CLINIC
P.O BOX 660389
INDIANAPOLIS, IN 46266


FRANCISCAN HAMMOND CLINIC, LLC
P.O BOX 660389
INDIANAPOLIS, IN 46266

```
FRANCISCAN MEDICAL SPECIALIST
P.O BOX 660052
INDIANAPOLIS, IN 46266


FRANCISCAN PHYSICIANS HOSP-PAT PMTS
26084 NETWORK PLACE
CHICAGO, IL 60673


GEMB/CARE CREDIT
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL, GA 30076


HAMMOND CLINIC, LLC
7905 CALUMET AVE.
MUNSTER, IN 46321


IDS
9201 CALUMET AVE.
MUNSTER, IN 46321


ILLIANA NEPHROLOGY ASSOCIATES
P.O BOX 583
HAMMOND, IN 46325-0583


IMAGINE ASSOC OF INDIANA, P.C.
55 E. 86TH AVE., SUITE A
P.O. BOX 14369
MERRILLVILLE, IN 46411


IMAGING ASSOC OF INDIANA PC
55 E. 86TH AVE., SUITE A
P.O. BOX 14369
MERRILLVILLE, IN 46411


INDIANA DEPARTMENT OF REVENUE
BK SECTION, RM.# IGCN203
100 N. SENATE AVENUE
INDIANAPOLIS, IN 46204
```

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19104


IQUANTIFIED MANAGEMENT SERVICES
P.O BOX 370130
DENVER, CO 80237


IRS
DEPARTMENT OF THE TREASURY
INTERNAL REVENE SERVICE
CINCINNATI, OH 45999


KOMYATTASSOC
ATTENTION: BANKRUPTCY
9650 GORDON DR.
HIGHLAND, IN 46322


KOMYATTE & ASSOC.
9650 GORDON DRIVE
HIGHLAND, IN 46322


KOMYATTE & CASBON
9650 GORDON DRIVE
HIGHLAND, IN 46322


LABORATORY CORPORATION OF AMERICA
P.O. BOX 2240
BURLINGTON, NC 27216


LAKE IMAGING LLC
55 EAST 86TH AVE. SUITE A
P.O. BOX 10645
MERRILLVILE, IN 46411


LAW OFFICES OF BENNETT & DELONEY
1265 E. FORT UNION BLVD SUITE 150
MIDVALE, UT 84047

LINCARE INC
P.O BOX 764
SHARON, PA 16146-0764


MARK NOOTENS MD PC
931 FRAN LIN PARKWAY
MUNSTER, IN 46321


MIRAMED REVENUE GROUP
DEPT. 77304
P.O. BOX 77000
DETROIT, MI 48277


MIRAMED REVENUE GROUP
DEPT. 77304
P.O BOX 77000
DETROIT, MI 48277


MUNSTER RADIOLOGY GROUP
P.O. BOX 10907
MERRILLVILLE, IN 46410


NELNET
P.O. BOX 82561
LINCOLN, NE 68501


NELNET, INC.
P.O. BOX 2970
OMAHA, NE 68103


NEPHROLOGY SPECIALISTS PC
P.O BOX 14178
MUNSTER, IN 46321


NIPSCO
P.O. BOX 13013
MERRILLVILE, IN 46410

NORTHERN INDIANA REGION
35682 EAGLEWAY
CHICAGO, IL 60678


NORTHWEST INDIANA NEPHROLOGY
9201 CALUMET AVENUE
MUNSTER, IN 46321


PATHOLOGY CONSULTANTS
P.O. BOX 583
MICHIGAN CITY, IN 46361-0583


PELLETTIERI & ASSOC.
DEPT. 77304
P.O BOX 77000
DETROIT, MI 48277


PLS LOAN STORE
16909 TORRENCE AVENUE
LANSING, IL 60438


PLS LOAN STORE
1402 E. COLUMBUS DRIVE
EAST CHICAGO, IN 46312


REHABILITATION MEDICINE ASSOC. PC
777 OAKMONT LANE, STE 1600
WESTMONT, IL 60559


REVENUE CYCLE SOLUTIONS
P.O BOX 7229
WESTCHESTER, IL 60154


SEARS/CBNA
133200 SMITH RD
CLEVELAND, OH 44130

```
SHERIFF OF LAKE COUNTY
2293 NORTH MAIN STREET
CROWN POINT, IN 46307


ST MARGARET MERCY
37621 EAGLE WAY
CHICAGO, IL 60678


ST MARGARET MERCY
2434 INTERSTATE PLAA DRIVE SUITE2
HAMMOND, IN 46324


ST MARGARET MERCY HEALTHCARE
35682 EAGLE WAY
CHICAGO, IL 60678


ST. CATHERINE HOSPITAL
BUSINESS OFFICE
P.O. BOX 3601
MUNSTER, IN 46321


ST. MARG MERCY
35491 EAGLE WAY
CHICAGO, IL 60678


ST. MARG MERCY
2434 INTERSTATE PLAZA DRIVE, SUITE 2
HAMMOND, IN 46324


ST. MARGARET MERCY
37621 EAGLE WAY
CHICAGO, IL 60678


STATE COLLECTION SERVICE
P.O BOX 6250
MADISON, WI 53716
```

```
THE CARDIOLOGY GROUP
2850 WEST 95TH STREET SUITE 305
EVERGREEN PARK, IL 60805


TRUSTMARK RECOVERY SERVICES
541 OTIS BOWEN DR.
MUNSTER, IN 46321


VERIZON WIRELESS
P.O BOX 25505
LEHIGH VALLEY, PA 18002


VYTO'S PHARMACY
2914 HIGHWAY AVENUE
HIGHLAND, IN 46322


WOW INTERNET & CABLE
P.O. BOX 5715
CAROL STREAM, IL 60197
```

B 22C (Official Form 22C) (Chapter 13) (04/13)

| | |
|---|---|
| In re __Frederick C. Botts, Jr.__<br>__Ronda L. Botts__<br><span style="padding-left:3em">Debtor(s)</span><br><br>Case Number: _____<br><span style="padding-left:5em">(If known)</span> | According to the calculations required by this statement:<br>■ **The applicable commitment period is 3 years.**<br>☐ **The applicable commitment period is 5 years.**<br>☐ **Disposable income is determined under § 1325(b)(3).**<br>■ **Disposable income is not determined under § 1325(b)(3).**<br>(Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | **Part I. REPORT OF INCOME** | | | |
|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ **Married. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br><br>Debtor's<br>Income | **Column B**<br><br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ **3,987.69** | $ **0.00** |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ 0.00 |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br><table><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ 0.00</td><td>Spouse $ 0.00</td></tr></table> | | $ 0.00 | $ 0.00 |

B 22C (Official Form 22C) (Chapter 13) (04/13)                                                                                                      2

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | | Debtor | Spouse |
| | a. | $ | $ |
| | b. | $ | $ |
| | | | $ 0.00 | $ 0.00 |

| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 3,987.69 | $ 0.00 |
|---|---|---|---|
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ | 3,987.69 |

### Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11 | $ | 3,987.69 |
|---|---|---|---|
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. $<br>b. $<br>c. $ | | |
| | Total and enter on Line 13 | $ | 0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $ | 3,987.69 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $ | 47,852.28 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: **IN**  b. Enter debtor's household size: **2** | $ | 51,926.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br>■ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br>☐ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | | |

### Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | **Enter the amount from Line 11.** | $ | 3,987.69 |
|---|---|---|---|
| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. $<br>b. $<br>c. $ | | |
| | Total and enter on Line 19. | $ | 0.00 |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $ | 3,987.69 |

B 22C (Official Form 22C) (Chapter 13) (04/13)    3

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | 47,852.28 |
|---|---|---|---|
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | 51,926.00 |

| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>■ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** |
|---|---|

## Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 24B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |
|---|---|---|

| Persons under 65 years of age | | | Persons 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per person | | a2. | Allowance per person | |
| b1. | Number of persons | | b2. | Number of persons | |
| c1. | Subtotal | | c2. | Subtotal | | $ |

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|---|---|---|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B. **Do not enter an amount less than zero.** |
|---|---|

| a. | IRS Housing and Utilities Standards; mortgage/rent expense | $ | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. | $ |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|

B 22C (Official Form 22C) (Chapter 13) (04/13)                                                                                                 4

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from the IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28. **Do not enter an amount less than zero.** | $ |

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29. **Do not enter an amount less than zero.** | $ |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in line 49.** | $ |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |

B 22C (Official Form 22C) (Chapter 13) (04/13)                                                                                                             5

| 36 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance or health savings accounts listed in Line 39.** | $ |
| 37 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service-to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | $ |

<table>
<tr><td colspan="3" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 24-37</strong></td></tr>
</table>

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 39 <br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: <br>$ | $ |
| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. **Do not include payments listed in Line 34.** | $ |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). **Do not include any amount in excess of 15% of your gross monthly income.** | $ |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | $ |

B 22C (Official Form 22C) (Chapter 13) (04/13)                                                                            6

| | Subpart C: Deductions for Debt Payment | | | |
|---|---|---|---|---|
| 47 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 47. | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance |
|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no |
| | | | Total: Add Lines | $ |

| | Other payments on secured claims. |
|---|---|
| 48 | **Other payments on secured claims.** If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| | | | Total: Add Lines | $ |

| 49 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $ |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $ |

| 51 | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $ |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 52 | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $ |

| | Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | |
|---|---|---|
| 53 | **Total current monthly income.** Enter the amount from Line 20. | $ |
| 54 | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $ |
| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $ |
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $ |

B 22C (Official Form 22C) (Chapter 13) (04/13)                                                                                                    7

| 57 | **Deduction for special circumstances.**  If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expense necessary and reasonable.** | |
|---|---|---|

| | Nature of special circumstances | Amount of Expense |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total:  Add Lines | $ |

| 58 | **Total adjustments to determine disposable income.**  Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $ |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).**  Subtract Line 58 from Line 53 and enter the result. | $ |

## Part VI. ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c and d | $ |

## Part VII. VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: _____          Signature:  **/s/ Frederick C. Botts, Jr.**

**Frederick C. Botts, Jr.**
(Debtor)

Date: _____          Signature  **/s/ Ronda L. Botts**

**Ronda L. Botts**
(Joint Debtor, if any)